**THE CITY OF MIAMI, a municipal corporation organized and existing under the laws of the State of Florida, v. $23,021.06, GEORGE SHERMAN and SAM MILLER, Claimants.**

10 So. (2nd) 424 En Banc
November 10, 1942 Rehearing Denied November 30, 1942

J. W. Watson, Jr., for appellant.

Bart A. Riley and W. H. Burwell, for appellees.

PER CURIAM.:

This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen

and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD, THOMAS and ADAMS, JJ., concur.

TERRELL and CHAPMAN, JJ., dissent.